■ JEFFREY'S AUTO BODY, INC., Respondent, v LIBERTY MUTUAL FIRE INSURANCE COMPANY, Appellant. (Appeal No. 2.) [990 NYS2d 430]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered June 10, 2013. The order denied the motion of defendant to dismiss in part plaintiff's amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Nick's Garage, Inc. v Liberty Mut. Fire Ins. Co.* ([appeal No. 1] 120 AD3d 967 [2014]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.